EVELYN I. NEJMANOWSKI, Mother and Next Friend of Richard C. Nejmanowski *et al.*, Plaintiffs-Appellees, *v.* ENOS WATERS, Defendant-Appellant.

(No. 12031;

Fourth District—February 14, 1974.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Stuart Dobbs, of Denby & Dobbs, of Carlinville, for appellant.

Denis A. McGrady, of McGrady, Madden & McGrady, of Gillespie, for appellees.